UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CALEB M. THEVENOT                                              CIVIL ACTION

VERSUS

LARRY E. FOSTER, ET AL.                               NO. 20-00722-BAJ-SDJ

### RULING AND ORDER

Before the Court is Plaintiff's unopposed **Motion to Remand (Doc. 11)**. The Magistrate Judge has issued an unopposed **Report And Recommendation (Doc. 14)**, recommending that the Court grant Plaintiff's Motion to Remand, and remand this case to the 19th Judicial District Court, East Baton Rouge, Louisiana for further proceedings.

Having carefully considered the underlying Complaint, the instant Motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

19th JDC-Certified

Jury

1

**IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**. The action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**